NVB 1017 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−16−50191−btb |
| | CHAPTER 7 |
| JAMES C. DUMOND | |
| Debtor(s) | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEES |
| | Hearing Date:    8/10/16 |
| | Hearing Time:    10:00 AM |

The above−named debtor has failed to pay the required filing fee(s) in accordance with the following entry/entries on docket:

*6* − Application to Pay Filing Fee in Installments with Proposed Order Filed by MARY BETH GARDNER on behalf of JAMES C. DUMOND (GARDNER, MARY)

*9* − Order to Pay Filing Fees in Installments (BNC) First Installment Payment due by 02/24/2016. Second Installment Payment due by 04/22/2016. Third Installment Payment due by 05/23/2016. Final Installment Payment due by 06/21/2016. (Related document(s)6 Application to Pay Filing Fees in Installments filed by Debtor JAMES C. DUMOND) (cly)

The debtor is delinquent in the amount of $ **175.00**; therefore,

**IT IS ORDERED** that the debtor and/or attorney for the debtor in the above−entitled case is directed to appear and show cause why this case should not be dismissed for failure to pay filing fees in accordance with Fed. R. Bankr. P. 1017(b). In accordance with Fed. R. Bankr. P. 1006(b)(2), the filing fee can be paid no later than 180 days from the filing of the petition.

The hearing will be held before a United States Bankruptcy Judge, as follows:

| | |
|---|---|
| Hearing Date: | 8/10/16 |
| Hearing Time: | 10:00 AM |
| Hearing Location: | BTB RN−Courtroom 2, Young Bldg. |
| | 300 Booth Street |
| | Reno, NV 89509 |

The hearing will not be held, and the case will not be dismissed if payment is received *at least three (3) business days* before the scheduled hearing. Payment for any fees must be in the form of a cashier's check, money order or cash for the exact amount.

Dated: 6/27/16

*Mary A Schott*

Mary A. Schott
Clerk of Court